UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN NUZUM, an individual<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants | Case No.: 8:25-CV-01575-FWS-DFM<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: June 17, 2025<br>Removal Date: July 18, 2025<br>Trial Date: TBD<br><br>District Judge: Hon. Fred W. Slaughter<br>Magistrate Judge: Hon. Douglas F. McCormick |

The Court, having reviewed the parties' Stipulated Protective Order, and being otherwise sufficiently advised,

**IT IS ORDERED** that the parties' Stipulated Protective Order be and hereby is **GRANTED**.

**IT IS SO ORDERED.**

DATED: September 18, 2025

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　HON. DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE